IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICKIE JEFFERSON,

    Plaintiff,

v.

BRANDON KUHL,

    Defendant.

JUDGMENT IN A CIVIL CASE

18-cv-745-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case.

/s/      10/16/2018

Peter Oppeneer, Clerk of Court      Date